NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**DEXCOM, INC.,**
*Appellant*

**v.**

**ABBOTT DIABETES CARE, INC.,**
*Appellee*

———————————

2024-1325

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00909.

--------------------------------------------------

**ABBOTT DIABETES CARE, INC.,**
*Appellant*

**v.**

**DEXCOM, INC.,**
*Appellee*

———————————

2024-1376

———————————

2                    DEXCOM, INC. v. ABBOTT DIABETES CARE, INC.

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00909.

———————————————

**ON MOTION**

———————————————

**O R D E R**

The parties file a joint stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b) in Appeal No. 2024-1376 wherein they agree that each party shall bear its own costs. DexCom Inc. moves unopposed for an extension of time, until November 29, 2024, to file its reply brief in Appeal No. 2024-1325.

The court notes that November 29, 2024 is a legal holiday, *see* Fed. Cir. R. 26(a)(1).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Appeal Nos. 2024-1325 and 2024-1376 are deconsolidated and the revised official captions are reflected in this order.

(2) Appeal No. 2024-1376 is dismissed. *See* Fed. R. App. P. 42(b)(1). Each party shall bear its own costs regarding Appeal No. 2024-1376.

(3) The motion to extend time in Appeal No. 2024-1325 is granted to the extent that DexCom's reply brief is due no later than December 2, 2024. No further extensions of time for the reply brief should be anticipated.

DEXCOM, INC. v. ABBOTT DIABETES CARE, INC.                    3

    (4)  The Clerk of Court shall transmit a copy of this order to the merits panel assigned to Appeal No. 2024-1325.

FOR THE COURT

October 8, 2024
      Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE (for 2024-1376 only): October 8, 2024